# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-21-00425-CV

---

**In re Kirk Wayne McBride, Sr.**

---

### ORIGINAL PROCEEDING FROM COMAL COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator Kirk Wayne McBride, Sr. has filed a pro se writ of habeas corpus complaining that he has been improperly convicted in violation of the Double Jeopardy Clause. The habeas corpus procedure set out in article 11.07 of the Code of Criminal Procedure provides the exclusive remedy for felony post-conviction relief in Texas state court. *See* Tex. Code Crim. Proc. art. 11.07, §§ 3(a), 5. Article 11.07 vests jurisdiction over post-conviction relief from final felony convictions in the Texas Court of Criminal Appeals. *See id.* § 3(a); *Hoang v. State*, 872 S.W.2d 694, 697 (Tex. Crim. App. 1993); *In re Wood*, No. 03-16-000651-CV, 2016 WL 6575240, at *1 (Tex. App.—Austin Nov. 2, 2016, orig. proceeding) (mem. op.).

Accordingly, we dismiss McBride's petition for want of jurisdiction.

_____

Edward Smith, Justice

Before Justices Goodwin, Baker, and Smith

Filed: October 1, 2021